UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| VINCENT ROBINSON, | : : : | Civil Action No. 14-3122 (JAP) |
| Plaintiff, | : : |  |
| v. | : : | **MEMORANDUM AND ORDER** |
| TRACEY RILED, ESQ., et al., | : : |  |
| Defendants. | : : |  |

**IT APPEARING THAT:**

1. This matter was previously administratively terminated because Plaintiff failed to submit a complete *in forma pauperis* application as required by 28 U.S.C. § 1915(a)(1), (2), including a certified account statement.

2. Plaintiff has submitted a motion (ECF 3) for an extension of time to file an appropriate *in forma pauperis* application.

3. Plaintiff, in his motion, states that his application to proceed *in forma pauperis*, signed by a prison official, was mailed with the complaint. The Court notes, as stated in the previous administrative termination order, that Plaintiff did not include a certified account statement and the portion of the application which was to be signed by a prison official was left blank.

4. 28 U.S.C. § 1915(a)(2) requires that a Plaintiff applying for *in forma pauperis* status must provide an account statement for the six-month period immediately preceding the filing of his complaint.

1

5. Plaintiff's motion for an extension of 30 days in which to file his *in forma pauperis* application will be granted.

**THEREFORE**, it is on this 9th day of June, 2014;

**ORDERED** that the Clerk of the Court shall reopen the matter by making a new and separate entry on the docket; and it is further

**ORDERED** that Plaintiff's motion (ECF 3) for an extension of 30 days in which to file his *in forma pauperis* application will be granted; and it is further

**ORDERED** that Plaintiff shall have 30 days from the date of entry of this order to file a completed *in forma pauperis* application; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate this case, without filing the complaint or assessing a filing fee, without prejudice to Plaintiff filing his renewed application; and it is finally

**ORDERED** that the Clerk of the Court shall close the file in this matter.

    __/s/ Joel A. Pisano_____
    JOEL A. PISANO
    United States District Judge